UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ22-274 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JEFFREY W. CARLTON, ) | |
| ) | |
| Defendant. ) | |

Offenses charged:

1. Unlawful and Unlicensed Receipt of Explosive

2. Possession of Silencers

3. Possession of Machine Gun

Date of Detention Hearing:   June 22, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which Defendant can meet will reasonably

DETENTION ORDER
PAGE -1

assure the appearance of Defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The Complaint alleged Defendant to have knowingly received explosive materials without a license or permit, knowingly possessed firearm silencers, which were not registered to him in the National Firearm Registration and Transfer Record, and knowingly possessed a machine gun.

2. Defendant is a risk of nonappearance because he was not interviewed, so his personal history and ties to this district are unknown. There is no currently viable release plan in place. Defendant is viewed as a risk of danger based on the nature of the alleged offenses, which involve extreme danger to the community and the currently active extreme risk protection order. Defendant does not contest detention at this time.

4. There does not appear to be any condition or combination of conditions that will reasonably assure Defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant

DETENTION ORDER
PAGE -2

to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 22nd day of June, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3